IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*, | |
| *Plaintiffs,* | CIVIL ACTION |
| v. | FILE NO. 1:21-CV-05338-SCJ |
| STATE OF GEORGIA, *et al.*, | |
| *Defendants.* | |

### RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

Defendants do not oppose Plaintiffs' Motion for Leave to Amend their Complaint. Doc. No. [56]. At such time as the Amended Complaint becomes the operative Complaint in this matter, Defendants will file a renewed motion to dismiss on the same grounds as those outlined in their prior Motion to Dismiss. Doc. No. [47].

Respectfully submitted this 13th day of April, 2022.

          Christopher M. Carr
          Attorney General
          Georgia Bar No. 112505
          Bryan K. Webb
          Deputy Attorney General
          Georgia Bar No. 743580
          Russell D. Willard
          Senior Assistant Attorney General

Georgia Bar No. 760280
Charlene S. McGowan
Assistant Attorney General
Georgia Bar No. 697316
40 Capitol Square, S.W.
Atlanta, Georgia 30334

*/s/Bryan P. Tyson*
Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Frank B. Strickland
Georgia Bar No. 687500
fstrickland@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: (678) 336-7249

*Attorneys for Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned certifies that the foregoing Response Brief has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson