IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*, | |
| *Plaintiffs*, | CIVIL ACTION |
| v. | FILE NO. 1:21-CV-05338-SCJ |
| STATE OF GEORGIA, *et al.*, | |
| *Defendants*. | |

## **DEFENDANTS' MOTION TO DISMISS**

Defendants the State of Georgia; Brian Kemp, in his official capacity as Governor of Georgia; and Brad Raffensperger, in his official capacity as Secretary of State of Georgia (collectively, "Defendants") move to dismiss Plaintiffs' claims in their Amended Complaint under Section 2 of the Voting Rights Act [Doc. 59] pursuant to Fed. R. Civ. P. 12(b)(1) and (6). In support of this motion, Defendants rely on their Brief in Support of Motion to Dismiss, which is filed with this motion.

Respectfully submitted this 20th day of May, 2022.

                                          Christopher M. Carr
                                          Attorney General
                                          Georgia Bar No. 112505
                                          Bryan K. Webb
                                          Deputy Attorney General

Georgia Bar No. 743580
Russell D. Willard
Senior Assistant Attorney General
Georgia Bar No. 760280
Charlene S. McGowan
Assistant Attorney General
Georgia Bar No. 697316
40 Capitol Square, S.W.
Atlanta, Georgia 30334

*/s/Bryan P. Tyson*
Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Frank B. Strickland
Georgia Bar No. 687600
fstrickland@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: (678) 336-7249

*Attorneys for Defendants*

2

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned certifies that the foregoing Motion has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

/s/ *Bryan P. Tyson*
Bryan P. Tyson