# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **GEORGIA STATE CONFERENCE OF THE NAACP, et al.,** | CIVIL ACTION FILE |
| Plaintiffs, | No. 1:21-CV-5338-ELB-SCJ-SDG |
| v. | THREE-JUDGE COURT |
| **STATE OF GEORGIA, et al.,** | |
| Defendants. | |

Before BRANCH, Circuit Judge, JONES and GRIMBERG, District Judges.

BY THE COURT:

## ORDER

The Parties are ordered to appear, through Counsel, on the **22nd day of JULY, 2022 at 10:00 A.M. (Courtroom No. 2306, Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303)** for an *in-person* hearing on Defendants' Motion to Dismiss (Doc. No. [63]).

**IT IS SO ORDERED** this 1st day of June, 2022.

**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**
**for the Court**