IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF ) <br> NAACP, ET AL. ) <br>  ) <br>     PLAINTIFFS, ) <br>  ) <br> V. ) <br>  ) <br> STATE OF GEORGIA, ET AL. ) <br>  ) <br>     DEFENDANTS. ) | CIVIL ACTION NO. <br> 1:21-CV-5338-ELB-SCJ-SDG |

_____

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, I hereby certify that on June 27, 2022, I delivered service copies of the following documents:

- Non-Party Senator John Kennedy's And Representative Houston Gaines' Responses And Objections To Plaintiffs' Subpoenas For Production Of Documents To The Senate Reapportionment And Redistricting Committee And The House Legislative And Congressional Reapportionment Committee

- Non-Party Senator John Kennedy's And Representative Bonnie Rich's Responses And Objections To Plaintiffs' Subpoenas For Production Of Documents

1

- Non-Party Gina Wright's Responses And Objections To Plaintiffs' Subpoena For Production Of Documents To Legislative And Congressional Reapportionment Office

- Non-Party Gina Wright's Responses And Objections To Plaintiffs' Subpoena For Production Of Documents

by emailing a .pdf copy of same to the below counsel of record.

Jacob Canter
Crowell & Moring LLP
jcanter@crowell.com

Ezra Rosenberg
Julie Houk
James Tucker
Lawyers Committee for Civil Rights
erosenberg@lawyerscommittee.org
lhouk@lawyerscommitte.org
jtucker@lawyerscommittee.org

Jack Genberg
Poy Winichakul
Bradley Heard
Southern Poverty Law Center
jack.genberg@splcenter.org
poy.winichakul@splcenter.org
bradley.heard@splcenter.org

Bryan P. Tyson
Bryan F. Jacoutot
Frank B. Strickland
Loree Ann Paradise
Taylor English Duma LLP
btyson@taylorenglish.com
bjacoutot@taylorenglish.com
fstrickland@taylorenglish.com
lparadise@taylorenglish.com

Sharon Turret
Neil Steiner
Hartley West
Dechert LLP
sharon.turret@dechert.com
neil.steiner@dechert.com
hartley.west@dechert.com

This 27th day of June, 2022.

                **JARRARD & DAVIS, LLP**

                */s/Patrick D.Jaugstetter*
                Patrick D. Jaugstetter
                Georgia Bar No. 389680
                Karen P. Pachuta
                Georgia Bar No. 142272
                *Attorneys for Senator John Kennedy,*
                *Representative Houston Gaines,*
                *Representative Bonnie Rich*
                *and Gina Wright*

222 Webb Street
Cumming, Georgia 30040
(678) 455-7150 – telephone
(678) 455-7149 – facsimile
patrickj@jarrard-davis.com
kpachuta@jarrard-davis.com

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| **GEORGIA STATE CONFERENCE OF NAACP, ET AL.** ) ) ) **PLAINTIFFS,** ) ) **V.** ) ) **STATE OF GEORGIA, ET AL.** ) ) **DEFENDANTS.** ) | **CIVIL ACTION NO. 1:21-CV-5338-ELB-SCJ-SDG** |

_____

## CERTIFICATE OF SERVICE

I hereby certify that, in accordance with LR 5.1(A), (N. D. Ga.), I have this date electronically filed the within and foregoing **Rule 5.4 Certificate of Service of Discovery** in the above-styled action with the Clerk of Court by using the Court's CM/ECF system, which will automatically send notice of same to the following attorneys of record:

Jacob Canter
Crowell & Moring LLP
jcanter@crowell.com

Ezra Rosenberg
Julie Houk
James Tucker
Lawyers Committee for Civil Rights
erosenberg@lawyerscommittee.org
lhouk@lawyerscommitte.org

Jack Genberg
Poy Winichakul
Bradley Heard
Southern Poverty Law Center
jack.genberg@splcenter.org
poy.winichakul@splcenter.org

| | |
|---|---|
| jtucker@lawyerscommittee.org | bradley.heard@splcenter.org |
| Bryan P. Tyson | Sharon Turret |
| Bryan F. Jacoutot | Neil Steiner |
| Frank B. Strickland | Hartley West |
| Loree Ann Paradise | Dechert LLP |
| Taylor English Duma LLP | sharon.turret@dechert.com |
| btyson@taylorenglish.com | neil.steiner@dechert.com |
| bjacoutot@taylorenglish.com | hartley.west@dechert.com |
| fstrickland@taylorenglish.com | |
| lparadise@taylorenglish.com | |

I further certify that the within and foregoing has been prepared in accordance with Local Rule 5.1(C) and is in a 14-point Times New Roman font.

This 27th day of June, 2022.

**JARRARD & DAVIS, LLP**

/s/Patrick D. Jaugstetter
Patrick D. Jaugstetter
Georgia Bar No. 389680
Karen P. Pachuta
Georgia Bar No. 142272
*Attorneys for Senator John Kennedy,
Representative Houston Gaines,
Representative Bonnie Rich
and Gina Wright*

222 Webb Street
Cumming, Georgia 30040
(678) 455-7150 – telephone
(678) 455-7149 – facsimile
patrickj@jarrard-davis.com
kpachuta@jarrard-davis.com

5