# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **GEORGIA STATE CONFERENCE OF THE NAACP, et al.,** | **CIVIL ACTION FILE** |
| **Plaintiffs,** | **No. 1:21-CV-5338-ELB-SCJ-SDG** |
| v. | **THREE-JUDGE COURT** |
| **STATE OF GEORGIA, et al.,** | |
| **Defendants.** | |

Before BRANCH, Circuit Judge, JONES and GRIMBERG, District Judges.

BY THE COURT:

## ORDER

The Parties are hereby notified that argument time for the July 22, 2022 motion hearing will not exceed twenty minutes per side unless altered by the Presiding Judge. The order of argument will proceed as follows. Counsel for Movants/Defendants will argue first and may use fifteen minutes for argument and the remaining five minutes for rebuttal. Plaintiffs' Counsel will argue second and may utilize the full allotted twenty minutes for argument.

**IT IS SO ORDERED** this 20th day of July, 2022.

*/s/ Steve C. Jones*
_____
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**
**for the Court**