# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:21-cv-05338-SCJ-SDG-ELB
### Georgia State Conference of the NAACP et al v. State of Georgia et al
### Hon. Elizabeth L. Branch, Hon. Steve C. Jones, Hon. Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 07/22/2022.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:45 A.M.       COURT REPORTER: Alicia Bagley
TIME IN COURT: 00:45                   DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Toni Jackson representing Galeo Latino Community Development Fund, Inc.<br>Bryan Jacoutot representing State of Georgia<br>Shira Liu representing Georgia State Conference of the NAACP<br>Ezra Rosenberg representing Georgia State Conference of the NAACP<br>Bryan Tyson representing State of Georgia |
| PROCEEDING CATEGORY: | |
| MOTIONS RULED ON: | [63]Motion to Dismiss TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Hearing held on Defendants' Motion to Dismiss [63]. Oral argument heard before three-judge panel. The matter was taken under advisement by the Court, with ruling to follow in due course. |
| HEARING STATUS: | Hearing Concluded |