# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:21-cv-05338-SCJ-SDG-ELB
### Georgia State Conference of the NAACP et al v. State of Georgia et al
### Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Chambers on 08/09/2022.

TIME COURT COMMENCED: 11:05 A.M.
TIME COURT CONCLUDED: 11:45 A.M.
TIME IN COURT: 00:40
OFFICE LOCATION: Atlanta
COURT REPORTER: Alicia Bagley
DEPUTY CLERK: Alisha Holland

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Jacob Canter representing Georgia State Conference of the NAACP<br>Patrick Jaugstetter representing Bonnie Rich<br>Bryan Tyson representing State of Georgia |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Teleconference held regarding discovery dispute submitted by Plaintiff Georgia State Conference of the NAACP. The Court DENIED Plaintiff's proposed procedure for resolving legislative privilege objections from certain non-parties ("Legislature Parties"). The Court ORDERED the Legislature Parties to file a motion concerning its assertion of legislative privilege by September 9, 2022. Plaintiff's response shall be due September 23, 2022. The Legislature Parties' reply shall be due September 30, 2022. |
| HEARING STATUS: | Hearing Concluded |