IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, et al._,_ <br><br>*Plaintiffs,*<br><br>v.<br><br>STATE OF GEORGIA, et al.<br><br>*Defendants.*<br>_____<br><br>COMMON CAUSE, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER<br><br>*Defendant.* | Case No. 1:21-CV-5338-ELB-SCJ-SDG<br><br><br><br><br><br><br><br><br><br>Case No. 1:22-CV-00090-ELB-SCJ-SDG |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for Defendants, hereby certifies that on October 10, 2022, a true and correct copy of Defendants' Third Production **(CC-GNGC00014485 - CC-GNGC00089421)** was served via email to the following:

| | |
|---|---|
| Kurt Kastorf<br>**KASTORF LAW LLP**<br>1387 Iverson St., Suite 100<br>Atlanta, GA 30307 | Jack Genberg<br>Bradley Heard<br>Pichaya Poy Winichakul<br>**SOUTHERN POVERTY LAW** |

1

(404) 900-0030  
kurt@kastorflaw.com

Jon Greenbaum*  
Ezra D. Rosenberg*  
Julie M. Houk*  
jgreenbaum@lawyerscommittee.org  
erosenberg@lawyerscommittee.org  
jhouk@lawyerscommittee.org  
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**  
1500 K Street NW, Suite 900  
Washington, D.C. 20005  
Telephone: (202) 662-8600  
Facsimile: (202) 783-0857

Toni Michelle Jackson*  
Astor H.L. Heaven*  
Keith Harrison*  
tjackson@crowell.com  
aheaven@crowell.com  
kharrison@crowell.com  
aheaven@crowell.com  
**CROWELL & MORING LLP**  
1001 Pennsylvania Avenue NW  
Washington, D.C. 20004  
Telephone: (202) 624-2500

*Pro Hac Vice*

*Georgia State Conference of the NAACP Plaintiffs*

**CENTER**  
150 E Ponce de Leon Av, Suite 340  
Decatur, GA 30030  
Telephone: (404) 521-6700  
Facsimile: (404) 221-5857  
jack.genberg@splcenter.org  
bradley.heard@splcenter.org  
poy.winichakul@splcenter.org

Neil Steiner*  
Sharon Turret*  
**DECHERT LLP**  
Three Bryant Park  
1095 Avenue of the Americas  
New York, NY 10036-6797  
Telephone: (212) 698-3500  
Facsimile: (212) 698-3599  
neil.steiner@dechert.com  
sharon.turret@dechert.com

Hartley M.K. West*  
**DECHERT LLP**  
One Bush Street, Suite 1600  
San Francisco, CA 94104-4446  
Telephone: (415) 262-4500  
Facsimile: (415) 262-4555  
hartley.west@dechert.com

*Pro Hac Vice*

*Common Cause Plaintiffs*

This 18th day of October, 2022.

Christopher M. Carr  
Attorney General  
Georgia Bar No. 112505  
Bryan K. Webb

2

Deputy Attorney General
Georgia Bar No. 743580
Russell D. Willard
Senior Assistant Attorney General
Georgia Bar No. 760280
Charlene S. McGowan
Assistant Attorney General
Georgia Bar No. 697316
40 Capitol Square, S.W.
Atlanta, Georgia 30334

*/s/Bryan P. Tyson*
Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Frank B. Strickland
Georgia Bar No. 687600
fstrickland@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: (678) 336-7249

*Attorneys for Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing RULE 5.4 CERTIFICATE OF SERVICE has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson