IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, et al. ) ) ) *Plaintiffs*, ) ) v. ) ) STATE OF GEORGIA, et al. ) ) *Defendants*. ) _____ ) ) COMMON CAUSE, et al., ) ) *Plaintiffs*, ) ) v. ) ) BRAD RAFFENSPERGER ) ) *Defendant*. ) | Case No. 1:21-CV-5338-ELB-SCJ-SDG Case No. 1:22-CV-00090-ELB-SCJ-SDG |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for Defendants, hereby certifies that on October 19, 2022, a true and correct copy of Defendants' Fourth Production **(CC-GNGC00089422 - CC-GNGC00106728)** was served via email to the following:

Kurt Kastorf
**KASTORF LAW LLP**
1387 Iverson St., Suite 100
Atlanta, GA 30307

Jack Genberg
Bradley Heard
Pichaya Poy Winichakul
**SOUTHERN POVERTY LAW**

1

| | |
|---|---|
| (404) 900-0030<br>kurt@kastorflaw.com<br><br>Jon Greenbaum*<br>Ezra D. Rosenberg*<br>Julie M. Houk*<br>jgreenbaum@lawyerscommittee.org<br>erosenberg@lawyerscommittee.org<br>jhouk@lawyerscommittee.org<br>**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**<br>1500 K Street NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 662-8600<br>Facsimile: (202) 783-0857<br><br>Toni Michelle Jackson*<br>Astor H.L. Heaven*<br>Keith Harrison*<br>tjackson@crowell.com<br>aheaven@crowell.com<br>kharrison@crowell.com<br>aheaven@crowell.com<br>**CROWELL & MORING LLP**<br>1001 Pennsylvania Avenue NW<br>Washington, D.C. 20004<br>Telephone: (202) 624-2500<br><br>*Pro Hac Vice<br><br>*Georgia State Conference of the NAACP Plaintiffs* | **CENTER**<br>150 E Ponce de Leon Av, Suite 340<br>Decatur, GA 30030<br>Telephone: (404) 521-6700<br>Facsimile: (404) 221-5857<br>jack.genberg@splcenter.org<br>bradley.heard@splcenter.org<br>poy.winichakul@splcenter.org<br><br>Neil Steiner*<br>Sharon Turret*<br>**DECHERT LLP**<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>Telephone: (212) 698-3500<br>Facsimile: (212) 698-3599<br>neil.steiner@dechert.com<br>sharon.turret@dechert.com<br><br>Hartley M.K. West*<br>**DECHERT LLP**<br>One Bush Street, Suite 1600<br>San Francisco, CA 94104-4446<br>Telephone: (415) 262-4500<br>Facsimile: (415) 262-4555<br>hartley.west@dechert.com<br><br>*Pro Hac Vice<br><br>*Common Cause Plaintiffs* |

This 19th day of October, 2022.

> Christopher M. Carr
> Attorney General
> Georgia Bar No. 112505
> Bryan K. Webb

Deputy Attorney General
Georgia Bar No. 743580
Russell D. Willard
Senior Assistant Attorney General
Georgia Bar No. 760280
Charlene S. McGowan
Assistant Attorney General
Georgia Bar No. 697316
40 Capitol Square, S.W.
Atlanta, Georgia 30334

*/s/Bryan P. Tyson*
Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Frank B. Strickland
Georgia Bar No. 687600
fstrickland@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: (678) 336-7249

*Attorneys for Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing RULE 5.4 CERTIFICATE OF SERVICE has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

                                          */s/ Bryan P. Tyson*
                                          Bryan P. Tyson