IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, et al._<br><br>*Plaintiffs,*<br><br>v.<br><br>STATE OF GEORGIA, et al.<br><br>*Defendants.* | Case No. 1:21-CV-5338-ELB-SCJ-SDG |
| COMMON CAUSE, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER<br><br>*Defendant.* | Case No. 1:22-CV-00090-ELB-SCJ-SDG |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, counsel for Defendants, hereby certifies that on October 27, 2022, a true and correct copy of Defendants' Fifth Production **(CC-GNGC00106729 - CC-GNGC00118716)** was served via email to the following:

| | |
|---|---|
| Kurt Kastorf<br>**KASTORF LAW LLP**<br>1387 Iverson St., Suite 100<br>Atlanta, GA 30307 | Jack Genberg<br>Bradley Heard<br>Pichaya Poy Winichakul<br>**SOUTHERN POVERTY LAW** |

1

<div style="columns:2">

(404) 900-0030
kurt@kastorflaw.com

Jon Greenbaum*
Ezra D. Rosenberg*
Julie M. Houk*
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

Toni Michelle Jackson*
Astor H.L. Heaven*
Keith Harrison*
tjackson@crowell.com
aheaven@crowell.com
kharrison@crowell.com
aheaven@crowell.com
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone: (202) 624-2500

*Pro Hac Vice*

*Georgia State Conference of the NAACP Plaintiffs*

**CENTER**
150 E Ponce de Leon Av, Suite 340
Decatur, GA 30030
Telephone: (404) 521-6700
Facsimile: (404) 221-5857
jack.genberg@splcenter.org
bradley.heard@splcenter.org
poy.winichakul@splcenter.org

Neil Steiner*
Sharon Turret*
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
neil.steiner@dechert.com
sharon.turret@dechert.com

Hartley M.K. West*
**DECHERT LLP**
One Bush Street, Suite 1600
San Francisco, CA 94104-4446
Telephone: (415) 262-4500
Facsimile: (415) 262-4555
hartley.west@dechert.com

*Pro Hac Vice*

*Common Cause Plaintiffs*

</div>

This 27th day of October, 2022.

Christopher M. Carr
Attorney General
Georgia Bar No. 112505
Bryan K. Webb

2

Deputy Attorney General
Georgia Bar No. 743580
Russell D. Willard
Senior Assistant Attorney General
Georgia Bar No. 760280
Charlene S. McGowan
Assistant Attorney General
Georgia Bar No. 697316
40 Capitol Square, S.W.
Atlanta, Georgia 30334

*/s/Bryan P. Tyson*
Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Frank B. Strickland
Georgia Bar No. 687600
fstrickland@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: (678) 336-7249

*Attorneys for Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing RULE 5.4 CERTIFICATE OF SERVICE has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson