# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, et al. <br><br> *Plaintiffs*, <br><br> v. <br><br> STATE OF GEORGIA, et al. <br><br> *Defendants*. | Case No. 1:21-CV-5338-ELB-SCJ-SDG |
| COMMON CAUSE, et al., <br><br> *Plaintiffs*, <br> v. <br><br> BRAD RAFFENSPERGER <br><br> *Defendant*. | Case No. 1:22-CV-00090-ELB-SCJ-SDG |

**PLAINTIFFS' GEORGIA STATE CONFERENCE OF THE NAACP, GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC., & GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC.'S RULE 5.4 NOTICE OF SERVICE OF DISCOVERY REQUESTS**

Pursuant to Local Rule 5.4, undersigned counsel hereby certify that copies of the following documents were served by electronic mail on October 21, 2022 upon Defendants State of Georgia, Governor Brian Kemp in his official capacity as the Governor of the State of Georgia, and Secretary Brad Raffensperger in his official capacity as the Secretary of State of the State of Georgia:

1

- Plaintiffs' Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., & GALEO Latino Community Development Fund, Inc.'s Second Set of Requests for Production to Defendants State of Georgia, Governor Brian Kemp, and Secretary Brad Raffensperger.

- Plaintiffs' Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., & GALEO Latino Community Development Fund, Inc.'s Second Set of Interrogatories to Defendants State of Georgia, Governor Brian Kemp, and Secretary Brad Raffensperger.

Respectfully submitted this 3rd day of November, 2022.

/s/ Kurt Kastorf
Kurt Kastorf (Georgia Bar No. 315315)
**KASTORF LAW LLP**
1387 Iverson St., Suite 100
Atlanta, GA 30307
Telephone: (404) 900-0030
kurt@kastorflaw.com

Toni Michelle Jackson*
Astor H.L. Heaven*
Keith Harrison*
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone: (202) 624-2500
tjackson@crowell.com
aheaven@crowell.com
kharrison@crowell.com

Jon Greenbaum*
Ezra D. Rosenberg*
Julie M. Houk*
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.com
jhouk@lawyerscommittee.com

Counsel for Plaintiffs
GEORGIA STATE CONFERENCE
OF THE NAACP, et al.

*Admitted pro hac vice*

## CERTIFICATE OF SERVICE AND
## COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that on November 3, 2022, I electronically filed the foregoing NAACP PLAINTIFFS' RULE 5.4 NOTICE OF SERVICE OF DISCOVERY REQUESTS, which has been prepared using 14-point Times New Roman Font, with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

I further certify that the within and foregoing has been prepared in accordance with Local Rule 5.1(C) and is in a 14-point Times New Roman font.

Respectfully submitted this 3rd day of November, 2022

                                             */s/ Kurt Kastorf*
                                             Kurt Kastorf
                                             Counsel for Plaintiffs