**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **GEORGIA STATE CONFERENCE OF THE NAACP, et al.,**<br>　　**Plaintiffs,**<br><br>**v.**<br><br>**STATE OF GEORGIA, et al.,**<br>　　**Defendant.**<br>──────────────────────<br>**COMMON CAUSE, et al.,**<br>　　**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER et al.,**<br>　　**Defendants.** | **CIVIL ACTION NO.**<br><br>**1:21-CV-5338-ELB-SCJ-SDG**<br><br>**THREE-JUDGE COURT**<br><br><br><br>**CIVIL ACTION NO.**<br><br>**1:22-CV-00090-ELB-SCJ-SDG**<br><br>**THREE-JUDGE COURT** |

Before BRANCH, Circuit Judge, JONES and GRIMBERG, District Judges.

BY THE COURT:

## <u>ORDER</u>

Having previously taken the matter of trial setting under advisement (Doc. No. [67], 1:21-cv-5338; Doc. No. [40]; 1:22-cv-90-ELB-SCJ-SDG) and in light of the upcoming deadline for filing motions for summary judgment (Doc. No. [117],

1:21cv-5338-ELB-SCJ-SDG; Doc. No. [67]; 1:22-cv-90-ELB-SCJ-SDG), the Court issues the following Scheduling Order. This Court issues the Scheduling Order mindful that summary judgment motions have not yet been filed or ruled upon. Thus, the following is contingent on the Court's rulings on the outcome of the anticipated motions for summary judgment.

The Court will hold a pretrial conference on **October 31, 2023 at 10:00 AM**.

The Court specially sets the above-listed Civil Actions for a consolidated trial to begin on **November 13, 2023.** If needed, the trial will continue into the **week of November 20, 2023.** The Court will then recess in observance of the Thanksgiving holiday on **November 23, 2023** and **November 24, 2023.** If necessary, the Court will reconvene the trial on **November 27, 2023.**

All proceedings will be *in person* and held in **Courtroom No. 2306, in the Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.** Unless otherwise notified, all proceedings will begin at **9:00 AM**. The Court will not permit counsel to argue or witnesses to offer live testimony via Zoom. The Court will permit a witness to testify via video deposition, per a prior agreement between the Parties.

2

**IT IS SO ORDERED** this 20th day of March, 2023.

_____

**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**
**for the Court**