# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cv-05338-SCJ-SDG-ELB
### Georgia State Conference of the NAACP et al v. State of Georgia et al
### Hon. Elizabeth L. Branch, Hon. Steve C. Jones, Hon. Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 05/30/2023.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 11:40 A.M.
TIME IN COURT: 00:50
OFFICE LOCATION: Atlanta
COURT REPORTER: Alicia Bagley
DEPUTY CLERK: Pamela Wright

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Crinesha Berry representing Georgia State Conference of the NAACP<br>Alexander Davis representing Georgia State Conference of the NAACP<br>Toni Jackson representing Georgia State Conference of the NAACP<br>Bryan Jacoutot representing State of Georgia<br>Kurt Kastorf representing Georgia State Conference of the NAACP<br>Diane LaRoss representing State of Georgia<br>Ezra Rosenberg representing Georgia State Conference of the NAACP |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [141]Motion for Summary Judgment TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Hearing held on Defendants' Motion for Summary Judgment [141] (together with argument in 1:22-cv-90-SCJ-SDG-ELB.) Oral argument heard before three-judge panel. The matter was taken under advisement by the Court, with ruling to follow in due course. |
| HEARING STATUS: | Hearing Concluded |