IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **GEORGIA STATE CONFERENCE OF THE NAACP, et al.,**<br>  Plaintiffs,<br><br>v.<br><br>**STATE OF GEORGIA, et al.,**<br>  Defendants. | **CIVIL ACTION FILE No.**<br><br>**1:21-CV-5338-ELB-SCJ-SDG**<br>**THREE-JUDGE COURT** |

Before BRANCH, Circuit Judge, JONES and GRIMBERG, District Judges.

BY THE COURT:

## ORDER

The Court *sua sponte* requests that the parties provide supplemental briefing to address the June 8, 2023 opinion issued by the United States Supreme Court in Allen v. Milligan, No. 21-1086, 2023 WL 3872517 (U.S. June 8, 2023).

Each party shall file a supplemental brief (*no longer than twenty-five pages in length*) on or before **JUNE 23, 2023.**

**IT IS SO ORDERED** this 8th day of June, 2023.

_____
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**