IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **GEORGIA STATE CONFERENCE OF THE NAACP,** *et al.*,<br>    Plaintiffs,<br>        v.<br>**STATE OF GEORGIA,** *et al.*,<br>    Defendants. | **Civil Action No.**<br>**1:21-cv-05338-ELB-SCJ-SDG** |
| **COMMON CAUSE,** *et al.*,<br>    Plaintiffs,<br>        v.<br>**BRAD RAFFENSPERGER,**<br>    Defendant. | **Civil Action No.**<br>**1:22-cv-00090-ELB-SCJ-SDG**<br><br>**THREE-JUDGE COURT** |

Before BRANCH, Circuit Judge, JONES and GRIMBERG, District Judges.

BY THE COURT:

### ORDER

The Court enters the following Order in light of the upcoming pretrial conference in these cases scheduled for October 31, 2023. The Court acknowledges that the motions for summary judgment remain pending in these cases and the full order on these motions is forthcoming. However, to allow the Parties adequate time to prepare for the pretrial conference, the Court notices the Parties that the **motions for summary judgment are denied**. The Court thereby **ORDERS** the

Parties to submit a consolidated pretrial order no later than **Friday, October 27, 2023**.

    **IT IS SO ORDERED** this 17th day of October, 2023.

                                                  s/ Steve C. Jones
                                        HONORABLE STEVE C. JONES
                                        UNITED STATES DISTRICT JUDGE